UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ ORIGINAL

------------------------------------------------------X

UNITED STATES OF AMERICA

v.

**Order of Continuance**

JOAO CORCINO,

**19 Mag. 9405**

*Defendant.*

------------------------------------------------------X

Upon the application of the United States of America and the affirmation of Daniel G. Nessim, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was arrested on or about October 7, 2019 and charged with violations of Title 21, United States Code, Section 846 in a complaint dated October 8, 2019;

It is further found that the defendant was presented in this district before Magistrate Judge Ona T. Wang on October 8, 2019, and bail conditions were set;

It is further found that Patrick Joyce, Esq., counsel for defendant, and Assistant United States Attorney Daniel G. Nessim have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until December 7, 2019.

Dated:    New York, New York
November 7, 2019

UNITED STATES MAGISTRATE JUDGE